IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA for the use of
COKER ELECTRIC, LLC                                                                                      PLAINTIFF

v.                                  No. 5:06CV00270 GH

GOVERNMENT TECHNICAL SERVICES, LLC and
THE GRAY INSURANCE COMPANY d/b/a GRAY SURETY                   DEFENDANTS

## ORDER

The December 4th motion (#6) for Richard E. Hanson to appear *pro hac vice* for Government Technical Services is hereby granted.

IT IS SO ORDERED this 6th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE