IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA for the use of            PLAINTIFF
COKER ELECTRIC, LLC

v.            No. 5:06CV00270 GH

GOVERNMENT TECHNICAL SERVICES, LLC and
THE GRAY INSURANCE COMPANY d/b/a GRAY SURETY            DEFENDANTS

## ORDER

The unopposed April 3rd motion (#20) for Dorsey R. Carson to appear *pro hac vice* as co-counsel for Gray Insurance is hereby granted.

IT IS SO ORDERED this 5th day of April, 2007.

_____
J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE